IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STONEY CORCORAN, | Cause No. CV 21-124-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| LAKE COUNTY ET AL., | |
| Defendants. | |

Plaintiff having moved unopposed to file a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2),

IT IS ORDERED that Plaintiff's Unopposed Motion to File Second Amended Complaint (Doc. 30) is GRANTED. Plaintiff shall file the Second Amended Complaint by May 15, 2024. Defendants shall file their Answer on or before July 15, 2024.

DATED this 14th day of May, 2024.

Donald W. Molloy
United States District Court Judge

1