
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STONEY CORCORAN,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY, ET AL.,<br><br>Defendants. | CV 21-124-M-DWM<br><br>ORDER |

Defendants having filed notice of payment consistent with this Court's December 11, 2024 Order, (*see* Docs. 55, 56),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE as fully settled. All pending motions are MOOT and all deadlines are VACATED.

DATED this 16th day of December, 2024.

Donald W. Molloy, District Judge
United States District Court